In re **KELLY EUGENE BROWN**     Case No.
Debtor(s)     Chapter **7**

# Declaration of Evidence of Employers' Payments Within 60 Days

- ■ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

- ☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

- ☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____.

Debtor, **KELLY EUGENE BROWN**, declares the foregoing to be true and correct under penalty of perjury.

Date **December 3, 2015**     Signature **/s/ KELLY EUGENE BROWN**
**KELLY EUGENE BROWN**
Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

# EARNINGS STATEMENT (US)



HOME DEPOT U.S.A., INC.  
STORE SUPPORT CENTER  
2455 PACES FERRY ROAD  
ATLANTA, GA 30339

PAY PERIOD BEGIN: 08/17/2015  
PAY PERIOD END: 08/30/2015  
ADVICE DATE: 09/04/2015  
ADVICE NUMBER: 047029401

ASSOCIATE NAME: KELLY BROWN  
ASSOCIATE ID: 129665378

| | TAX STATUS | NUMBER EXEMPT | ADD'L W/H | | |
|---|---|---|---|---|---|
| FICA-MED | | 0 | .00 | GROSS WAGES: | 487.50 |
| U.S. FICA | | 0 | .00 | NET WAGES: | 401.52 |
| FED INC TX | S | 1 | .00 | NET PAY: | 401.52 |
| ARIZONA | P | 0 | .00 | | |

| GROSS WAGES | | | | |
|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE |
| REGULAR | 9.75 | 50.00 | 487.50 | 9038.30 |
| REG ADJUST | .00 | .00 | .00 | 134.06 |
| OVERTIME | .00 | .00 | .00 | 14.63 |
| TOTAL WORKED HOURS: | | 50.00 | | |
| HOLIDAY | .00 | .00 | .00 | 78.00 |
| SICK | .00 | .00 | .00 | 78.00 |
| TOTAL GROSS WAGES: | | | 487.50 | 9342.99 |

| PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| VISION PT | -2.12 | -19.84 |
| DENTAL PT | -12.91 | -120.80 |
| TOTAL: | -15.03 | -140.64 |

AFTER TAX DEDUCTIONS

# EARNINGS STATEMENT (US)

| TAXES | | |
|---|---:|---:|
| U.S. FICA | -29.30 | -570.55 |
| FED INC TX | -23.02 | -583.15 |
| ARIZONA | -3.78 | -73.63 |
| | | |
| TAL: | -62.95 | -1360.76 |

| ACCOUNT NUMBER | TRANSIT | ABA | AMOUNT |
|:---:|:---:|:---:|:---:|
| ******6719 | 3221 | 74708 | 401.52 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|:---:|:---:|:---:|:---:|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | |

# EARNINGS STATEMENT (US)

HOME DEPOT U.S.A., INC.  
STORE SUPPORT CENTER  
2455 PACES FERRY ROAD  
ATLANTA, GA 30339

PAY PERIOD BEGIN: 08/31/2015  
PAY PERIOD END: 09/13/2015  
ADVICE DATE: 09/18/2015  
ADVICE NUMBER: 047519287

ASSOCIATE NAME: KELLY BROWN  
ASSOCIATE ID: 129665378

|  | TAX STATUS | NUMBER EXEMPT | ADD'L W/H |  |  |
|---|---|---|---|---|---|
| FICA-MED |  | 0 | .00 | GROSS WAGES: | 492.38 |
| U.S. FICA |  | 0 | .00 | NET WAGES: | 405.52 |
| FED INC TX | S | 1 | .00 | NET PAY: | 405.52 |
| ARIZONA | P | 0 | .00 |  |  |

| GROSS WAGES | | | | |
|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE |
| REGULAR | 9.75 | 46.50 | 453.38 | 9491.68 |
| REG ADJUST | .00 | .00 | .00 | 134.06 |
| OVERTIME | .00 | .00 | .00 | 14.63 |
| TOTAL WORKED HOURS: |  | 46.50 |  |  |
| HOLIDAY | 9.75 | 4.00 | 39.00 | 117.00 |
| SICK | .00 | .00 | .00 | 78.00 |
| TOTAL GROSS WAGES: |  |  | 492.38 | 9835.37 |

| PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| VISION PT | -2.12 | -21.96 |
| DENTAL PT | -12.91 | -133.71 |
| TOTAL: | -15.03 | -155.67 |

AFTER TAX DEDUCTIONS

# EARNINGS STATEMENT (US)

| TAXES | | |
|---|---:|---:|
| U.S. FICA | -29.59 | -610.99 |
| FED INC TX | -23.50 | -650.40 |
| ARIZONA | -3.82 | -78.85 |
| | | |
| TOTAL: | -63.83 | -1483.13 |

| ACCOUNT NUMBER | TRANSIT | ABA | AMOUNT |
|:---:|:---:|:---:|:---:|
| ******6719 | 3221 | 74708 | 405.52 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|:---:|:---:|:---:|:---:|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | |

# EARNINGS STATEMENT (US)

HOME DEPOT U.S.A., INC.
STORE SUPPORT CENTER
2455 PACES FERRY ROAD
ATLANTA, GA 30339

PAY PERIOD BEGIN: 08/31/2015
PAY PERIOD END: 09/13/2015
ADVICE DATE: 09/22/2015
ADVICE NUMBER: 047133040

ASSOCIATE NAME: KELLY BROWN  
ASSOCIATE ID: 129665378

|  | TAX STATUS | NUMBER EXEMPT | ADD'L W/H |  |  |
|---|---|---|---|---|---|
| FICA-MED |  | 0 | .00 | GROSS WAGES: | 175.01 |
| U.S. FICA |  | 0 | .00 | NET WAGES: | 116.47 |
| FED INC TX | S | 1 | .00 | NET PAY: | 116.47 |
| ARIZONA | P | 0 | .00 |  |  |

## GROSS WAGES

| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|
| REGULAR | .00 | .00 | .00 | 9038.30 |
| REG ADJUST | .00 | .00 | .00 | 134.06 |
| OVERTIME | .00 | .00 | .00 | 14.63 |
| TOTAL WORKED HOURS: |  | .00 |  |  |
| S SHARING | .00 | .00 | 175.01 | 175.01 |
| HOLIDAY | .00 | .00 | .00 | 78.00 |
| SICK | .00 | .00 | .00 | 78.00 |
| TOTAL GROSS WAGES: |  |  | 175.01 | 9518.00 |

## PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| VISION PT | .00 | -19.84 |
| DENTAL PT | .00 | -120.80 |
| TOTAL: | .00 | -140.64 |

# EARNINGS STATEMENT (US)

| TAXES | | |
|---|---:|---:|
| FICA-MED | -2.54 | -135.97 |
| U.S. FICA | -10.85 | -581.40 |
| FED INC TX | -43.75 | -626.90 |
| ARIZONA | -1.40 | -75.03 |
| | | |
| TOTAL: | -58.54 | -1419.30 |

| ACCOUNT NUMBER | TRANSIT | ABA | AMOUNT |
|:---:|:---:|:---:|:---:|
| ******6719 | 3221 | 74708 | 116.47 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|:---:|:---:|:---:|:---:|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | |

# EARNINGS STATEMENT (US)

HOME DEPOT U.S.A., INC.  
STORE SUPPORT CENTER  
2455 PACES FERRY ROAD  
ATLANTA, GA 30339

PAY PERIOD BEGIN: 09/14/2015  
PAY PERIOD END: 09/27/2015  
ADVICE DATE: 10/02/2015  
ADVICE NUMBER: 047810589

ASSOCIATE NAME: KELLY BROWN  
ASSOCIATE ID: 129665378

|  | TAX STATUS | NUMBER EXEMPT | ADD'L W/H |  |  |
|---|---|---|---|---|---|
| FICA-MED |  | 0 | .00 | GROSS WAGES: | 394.87 |
| U.S. FICA |  | 0 | .00 | NET WAGES: | 325.99 |
| FED INC TX | S | 1 | .00 | NET PAY: | 325.99 |
| ARIZONA | P | 0 | .00 |  |  |

## GROSS WAGES

| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|
| REGULAR | 9.75 | 40.50 | 394.87 | 9886.55 |
| REG ADJUST | .00 | .00 | .00 | 134.06 |
| OVERTIME | .00 | .00 | .00 | 14.63 |
| TOTAL WORKED HOURS: |  | 40.50 |  |  |
| S SHARING | .00 | .00 | .00 | 175.01 |
| HOLIDAY | .00 | .00 | .00 | 117.00 |
| SICK | .00 | .00 | .00 | 78.00 |
| TOTAL GROSS WAGES: |  |  | 394.87 | 10405.25 |

## PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| VISION PT | -2.12 | -24.08 |
| DENTAL PT | -12.91 | -146.62 |
| TOTAL: | -15.03 | -170.70 |

## EARNINGS STATEMENT (US)

| TAXES | | |
|---|---:|---:|
| FICA-MED | -5.51 | -148.40 |
| U.S. FICA | -23.55 | -634.54 |
| FED INC TX | -13.75 | -664.15 |
| ARIZONA | -3.04 | -81.89 |
| | | |
| TOTAL: | -45.85 | -1528.98 |

| ACCOUNT NUMBER | TRANSIT | ABA | AMOUNT |
|:---:|:---:|:---:|:---:|
| ******6719 | 3221 | 74708 | 325.99 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|:---:|:---:|:---:|:---:|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | |

# EARNINGS STATEMENT (US)

HOME DEPOT U.S.A., INC.  
STORE SUPPORT CENTER  
2455 PACES FERRY ROAD  
ATLANTA, GA 30339

PAY PERIOD BEGIN: 09/28/2015  
PAY PERIOD END: 10/11/2015  
ADVICE DATE: 10/16/2015  
ADVICE NUMBER: 048084722

ASSOCIATE NAME: KELLY BROWN  
ASSOCIATE ID: 129665378

| | TAX STATUS | NUMBER EXEMPT | ADD'L W/H | | |
|---|---|---|---|---|---|
| FICA-MED | | 0 | .00 | GROSS WAGES: | 492.38 |
| U.S. FICA | | 0 | .00 | NET WAGES: | 405.51 |
| FED INC TX | S | 1 | .00 | NET PAY: | 405.51 |
| ARIZONA | P | 0 | .00 | | |

| GROSS WAGES | | | | |
|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE |
| REGULAR | 9.75 | 50.50 | 492.38 | 10378.93 |
| REG ADJUST | .00 | .00 | .00 | 134.06 |
| OVERTIME | .00 | .00 | .00 | 14.63 |
| TOTAL WORKED HOURS: | | 50.50 | | |
| S SHARING | .00 | .00 | .00 | 175.01 |
| HOLIDAY | .00 | .00 | .00 | 117.00 |
| SICK | .00 | .00 | .00 | 78.00 |
| TOTAL GROSS WAGES: | | | 492.38 | 10897.63 |

| PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| VISION PT | -2.12 | -26.20 |
| DENTAL PT | -12.91 | -159.53 |
| TOTAL: | -15.03 | -185.73 |

Case 4:15-bk-15441-BMW    Doc 3    Filed 12/07/15    Entered 12/07/15 15:42:05    Desc
Main Document    Page 10 of 19

# EARNINGS STATEMENT (US)

| TAXES | | |
|---|---:|---:|
| FICA-MED | -6.92 | -155.32 |
| U.S. FICA | -29.60 | -664.14 |
| FED INC TX | -23.50 | -687.65 |
| ARIZONA | -3.82 | -85.71 |
| | | |
| TOTAL: | -63.84 | -1592.82 |

| ACCOUNT NUMBER | TRANSIT | ABA | AMOUNT |
|---|---|---|---|
| ******6719 | 3221 | 74708 | 405.51 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | |

# EARNINGS STATEMENT (US)

| TAXES | | |
|---|---:|---:|
| FICA-MED | -7.03 | -162.35 |
| U.S. FICA | -30.05 | -694.19 |
| FED INC TX | -24.24 | -711.89 |
| ARIZONA | -3.88 | -89.59 |
| | | |
| TOTAL: | -65.20 | -1658.02 |

| ACCOUNT NUMBER | TRANSIT | ABA | AMOUNT |
|:---:|:---:|:---:|:---:|
| | | | |
| ******6719 | 3221 | 74708 | 411.46 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|:---:|:---:|:---:|:---:|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | |

2

# EARNINGS STATEMENT (US)



HOME DEPOT U.S.A., INC.  
STORE SUPPORT CENTER  
2455 PACES FERRY ROAD  
ATLANTA, GA 30339

| PAY PERIOD BEGIN: | 09/28/2015 |
| PAY PERIOD END: | 10/11/2015 |
| ADVICE DATE: | 10/16/2015 |
| ADVICE NUMBER: | 048084722 |

ASSOCIATE NAME: KELLY BROWN            ASSOCIATE ID: 129665378

| | TAX STATUS | NUMBER EXEMPT | ADD'L W/H | | |
|---|---|---|---|---|---|
| FICA-MED | | 0 | .00 | GROSS WAGES: | 492.38 |
| U.S. FICA | | 0 | .00 | NET WAGES: | 405.51 |
| FED INC TX | S | 1 | .00 | NET PAY: | 405.51 |
| ARIZONA | P | 0 | .00 | | |

| GROSS WAGES | | | | |
|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE |
| REGULAR | 9.75 | 50.50 | 492.38 | 10378.93 |
| REG ADJUST | .00 | .00 | .00 | 134.06 |
| OVERTIME | .00 | .00 | .00 | 14.63 |
| TOTAL WORKED HOURS: | | 50.50 | | |
| S SHARING | .00 | .00 | .00 | 175.01 |
| HOLIDAY | .00 | .00 | .00 | 117.00 |
| SICK | .00 | .00 | .00 | 78.00 |
| TOTAL GROSS WAGES: | | | 492.38 | 10897.63 |

| PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| VISION PT | -2.12 | -26.20 |
| DENTAL PT | -12.91 | -159.53 |
| TOTAL: | -15.03 | -185.73 |

| AFTER TAX DEDUCTIONS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| HOMER FUND | -1.00 | -16.00 |
| STD | -7.00 | -86.50 |
| TOTAL: | -8.00 | -102.50 |

| TAXES | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |

1

# EARNINGS STATEMENT (US)

| TAXES | | |
|---|---:|---:|
| FICA-MED | -6.92 | -155.32 |
| U.S. FICA | -29.60 | -664.14 |
| FED INC TX | -23.50 | -687.65 |
| ARIZONA | -3.82 | -85.71 |
| | | |
| TOTAL: | -63.84 | -1592.82 |

| ACCOUNT NUMBER | TRANSIT | ABA | AMOUNT |
|:---:|:---:|:---:|:---:|
| ******6719 | 3221 | 74708 | 405.51 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|:---:|:---:|:---:|:---:|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | |

2

# EARNINGS STATEMENT (US)



| | |
|---|---|
| HOME DEPOT U.S.A., INC. | PAY PERIOD BEGIN: 11/09/2015 |
| STORE SUPPORT CENTER | PAY PERIOD END: 11/22/2015 |
| 2455 PACES FERRY ROAD | ADVICE DATE: 11/27/2015 |
| ATLANTA, GA 30339 | ADVICE NUMBER: 048910619 |

ASSOCIATE NAME: KELLY BROWN        ASSOCIATE ID: 129665378

| | TAX STATUS | NUMBER EXEMPT | ADD'L W/H | | |
|---|---|---|---|---|---|
| FICA-MED | | 0 | .00 | GROSS WAGES: | 394.88 |
| U.S. FICA | | 0 | .00 | NET WAGES: | 326.00 |
| FED INC TX | S | 1 | .00 | NET PAY: | 326.00 |
| ARIZONA | P | 0 | .00 | | |

| GROSS WAGES | | | | |
|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE |
| REGULAR | 9.75 | 30.50 | 297.38 | 11763.44 |
| REG ADJUST | | .00 | .00 | 134.06 |
| OVERTIME | .00 | .00 | .00 | 14.63 |
| TOTAL WORKED HOURS: | | 30.50 | | |
| SICK | 9.75 | 10.00 | 97.50 | 175.50 |
| S SHARING | .00 | .00 | .00 | 175.01 |
| HOLIDAY | .00 | .00 | .00 | 117.00 |
| TOTAL GROSS WAGES: | | | 394.88 | 12379.64 |

| PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| VISION PT | -2.12 | -32.56 |
| DENTAL PT | -12.91 | -198.26 |
| TOTAL: | -15.03 | -230.82 |

| AFTER TAX DEDUCTIONS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| HOMER FUND | -1.00 | -19.00 |
| STD | -7.00 | -107.50 |
| TOTAL: | -8.00 | -126.50 |

| TAXES | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |

1

# EARNINGS STATEMENT (US)

| TAXES | | |
|---|---:|---:|
| FICA-MED | -5.51 | -176.16 |
| U.S. FICA | -23.55 | -753.23 |
| FED INC TX | -13.75 | -758.65 |
| ARIZONA | -3.04 | -97.21 |
| | | |
| TOTAL: | -45.85 | -1785.25 |

| ACCOUNT NUMBER | TRANSIT | ABA | AMOUNT |
|:---:|:---:|:---:|:---:|
| | | | |
| ******6719 | 3221 | 74708 | 326.00 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|:---:|:---:|:---:|:---:|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | |

2

# EARNINGS STATEMENT (US)



| | |
|---|---|
| HOME DEPOT U.S.A., INC. | |
| STORE SUPPORT CENTER | |
| 2455 PACES FERRY ROAD | |
| ATLANTA, GA 30339 | |

| | |
|---|---|
| PAY PERIOD BEGIN: | 10/26/2015 |
| PAY PERIOD END: | 11/08/2015 |
| ADVICE DATE: | 11/13/2015 |
| ADVICE NUMBER: | 048635233 |

ASSOCIATE NAME: KELLY BROWN          ASSOCIATE ID: 129665378

| | TAX STATUS | NUMBER EXEMPT | ADD'L W/H | | |
|---|---|---|---|---|---|
| FICA-MED | | 0 | .00 | GROSS WAGES: | 587.44 |
| U.S. FICA | | 0 | .00 | NET WAGES: | 483.03 |
| FED INC TX | S | 1 | .00 | NET PAY: | 483.03 |
| ARIZONA | P | 0 | .00 | | |

| GROSS WAGES | | | | |
|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE |
| REGULAR | 9.75 | 60.25 | 587.44 | 11466.06 |
| REG ADJUST | .00 | .00 | .00 | 134.06 |
| OVERTIME | .00 | .00 | .00 | 14.63 |
| TOTAL WORKED HOURS: | | 60.25 | | |
| S SHARING | .00 | .00 | .00 | 175.01 |
| HOLIDAY | .00 | .00 | .00 | 117.00 |
| SICK | .00 | .00 | .00 | 78.00 |
| TOTAL GROSS WAGES: | | | 587.44 | 11984.76 |

| PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| VISION PT | -2.12 | -30.44 |
| DENTAL PT | -12.91 | -185.35 |
| TOTAL: | -15.03 | -215.79 |

| AFTER TAX DEDUCTIONS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| HOMER FUND | -1.00 | -18.00 |
| STD | -7.00 | -100.50 |
| TOTAL: | -8.00 | -118.50 |

| TAXES | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |

1

# EARNINGS STATEMENT (US)

| TAXES | | |
|---|---:|---:|
| FICA-MED | -8.30 | -170.65 |
| U.S. FICA | -35.49 | -729.68 |
| FED INC TX | -33.01 | -744.90 |
| ARIZONA | -4.58 | -94.17 |
| | | |
| TOTAL: | -81.38 | -1739.40 |

| ACCOUNT NUMBER | TRANSIT | ABA | AMOUNT |
|:---:|:---:|:---:|:---:|
| ******6719 | 3221 | 74708 | 483.03 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|:---:|:---:|:---:|:---:|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | |

2

Case 4:15-bk-15441-BMW    Doc 3    Filed 12/07/15    Entered 12/07/15 15:42:05    Desc
Main Document    Page 18 of 19

# EARNINGS STATEMENT (US)



HOME DEPOT U.S.A., INC.  
STORE SUPPORT CENTER  
2455 PACES FERRY ROAD  
ATLANTA, GA 30339

PAY PERIOD BEGIN: 10/12/2015  
PAY PERIOD END: 10/25/2015  
ADVICE DATE: 10/30/2015  
ADVICE NUMBER: 048356760

ASSOCIATE NAME: KELLY BROWN        ASSOCIATE ID: 129665378

| | TAX STATUS | NUMBER EXEMPT | ADD'L W/H | | |
|---|---|---|---|---|---|
| FICA-MED | | 0 | .00 | GROSS WAGES: | 499.69 |
| U.S. FICA | | 0 | .00 | NET WAGES: | 411.46 |
| FED INC TX | S | 1 | .00 | NET PAY: | 411.46 |
| ARIZONA | P | 0 | .00 | | |

| GROSS WAGES | | | | |
|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE |
| REGULAR | 9.75 | 51.25 | 499.69 | 10878.62 |
| REG ADJUST | .00 | .00 | .00 | 134.06 |
| OVERTIME | .00 | .00 | .00 | 14.63 |
| TOTAL WORKED HOURS: | | 51.25 | | |
| S SHARING | .00 | .00 | .00 | 175.01 |
| HOLIDAY | .00 | .00 | .00 | 117.00 |
| SICK | .00 | .00 | .00 | 78.00 |
| TOTAL GROSS WAGES: | | | 499.69 | 11397.32 |

| PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| VISION PT | -2.12 | -28.32 |
| DENTAL PT | -12.91 | -172.44 |
| TOTAL: | -15.03 | -200.76 |

| AFTER TAX DEDUCTIONS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| HOMER FUND | -1.00 | -17.00 |
| STD | -7.00 | -93.50 |
| TOTAL: | -8.00 | -110.50 |

| TAXES | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| | | |

1